UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN FRYE, Individually and as Parents and
Natural Guardians of John A. Frye and
Eric W. Frye, et al.,

                           Plaintiffs,

                                                  <u>ORDER</u>

                                                  04-CV-6228L

                        v.

NEWCOMB OIL COMPANY, et al.,

                           Defendants.
_____

      Pursuant to the attached letter of May 3, 2012, from defendants' former counsel, it appears that this action has been resolved between the parties several years ago. Pursuant to that notification of settlement, the action is hereby dismissed with prejudice.

      IT IS SO ORDERED.

                                               _____
                                                     DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
        May 4, 2012.